IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HANNA SHEPARD<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART CLAIMS SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 4:25-cv-0079-JTJ<br><br>ORDER |

　　Upon <u>unopposed</u> motion of Plaintiff, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's claims against National Union Fire Insurance Company of Pittsburgh, PA are DISMISSED WITH PREJUDICE, each party to bear their own fees and costs;

2. Plaintiff may file an Amended Complaint that does not include any claims against Walmart Claims Services Inc. ("WCSI") under the UTPA, as any such claims are prohibited under *Mark Ibsen, Inc. v. Caring for Montanans,*

*Inc.*, 2016 MT 111. Plaintiff may only assert common law claims against WCSI that are not grounded in the UTPA.

3. WCSI's pending motion to dismiss (Doc. 19), is rendered moot.

4. The caption is amended to remove National Union Fire Insurance Company of Pittsburgh, PA as a defendant.

DATED this 17th day of November 2025.

_____
John Johnston
United States Magistrate Judge